**DENIED and Opinion Filed July 14, 2023**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00672-CV

### IN RE LAVACE DURELL MORGAN, Relator

**Original Proceeding from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 21838**

## MEMORANDUM OPINION

Before Justices Molberg, Goldstein, and Breedlove
Opinion by Justice Goldstein

Before the Court is relator's July 10, 2023 petition for writ of mandamus wherein relator asks this Court to compel the trial court to rule on a nunc pro tunc motion.

Relator's petition does not comply with the Texas Rules of Appellate Procedure in numerous respects. *See* TEX. R. APP. P. 52.1, 52.3(a)–(c), (f)–(h), (j), (k)(1)(A), 52.7(a)(1). Among other defects, the petition is not certified, *see* TEX. R. APP. P. 52.3(j), and the petition is not supported by a sufficient record or appendix, *see* TEX. R. APP. P. 52.3(k)(1)(A), 52.7(a)(1). Thus, relator's petition does not meet the requirements of the Texas Rules of Appellate Procedure for consideration of mandamus relief. *See In re Jones*, No. 05-23-00492-CV, No. 05-23-00493-CV, 2023

WL 4101440, at *1 (Tex. App.—Dallas June 21, 2023, orig. proceeding) (mem. op.);

*see also In re Salinas*, No. 05-23-00544-CV, No. 05-23-00545-CV, 2023 WL 4101439, at *1 (Tex. App.—Dallas June 21, 2023, orig. proceeding) (mem. op.).

Accordingly, we deny relator's petition for writ of mandamus.


/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

230672F.P05